IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SEAN M. FOWLER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-cv-05877 |
| | ) | |
| v. | ) | Hon. Matthew F. Kennelly |
| | ) | |
| CRICKET COMMUNICATIONS, INC., | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between the parties that this cause shall be dismissed without prejudice with each party to pay its own attorneys' fees and costs, and Plaintiff shall be granted leave to reinstate this matter within 30 days of the entry of this Order. If Plaintiff does not reinstate this matter within this timeframe, this matter will then be dismissed with prejudice.

Dated: January 14, 2013           Respectfully submitted,

/s/ Neal C. Zazove                /s/ Kwabena A. Appenteng

Neal C. Zazove, Esq.              Tobias E. Schlueter (ARDC No. 6278392)
**NEAL C. ZAZOVE & ASSOCIATES, P.C.**  Kwabena A. Appenteng (ARDC No. 6294834)
19 South LaSalle Street           **OGLETREE, DEAKINS, NASH,**
Suite 1200                            **SMOAK & STEWART, P.C.**
Chicago, Illinois 60603           155 North Wacker Drive
Telephone: 312.641.5444           Suite 4300
*topspyn@ameritech.net*           Chicago, Illinois 60606
                                  Telephone: 312.558.1220
                                  *tobias.schlueter@ogletreedeakins.com*
                                  *kwabena.appenteng@ogletreedeakins.com*

**ATTORNEY FOR PLAINTIFF**        **ATTORNEYS FOR DEFENDANT**

    **IT IS SO ORDERED.**

                                  ENTERED, this ___ date of January, 2013:


                                  _____
                                  Hon. Matthew F. Kennelly

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 14, 2013, the foregoing *Joint Stipulation and Order of Dismissal* was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

>Neal C. Zazove, Esq.
>*(topspyn@ameritech.net)*
>**NEAL C. ZAZOVE & ASSOCIATES, P.C.**
>19 South LaSalle Street
>Suite 1200
>Chicago, Illinois 60603
>312.641.5444
>
>*Attorney for Plaintiff*

>　　　*/s/* Kwabena A. Appenteng　　　

13996969.1